UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-01984 |
|---|---|---|
| Terry J Mofreh, Sr. | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER EXTENDING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the MOTION TO EXTEND THE AUTOMATIC STAY, the Court having jurisdiction, with due notice having been given to all parties in interest; pursuant to SECTION 11 USC 362(c)(3)(b), the Court orders as follows:

1. The automatic stay is extended and all of the Debtors' creditors are bound by said stay ~~pending further order of court~~ up to 3 [handwritten]

up to 4/8/19 at 10:30 a.m. [handwritten]

Enter:    J. Jacqueline P. Cox [signature]

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: FEB - 4 2019

**Prepared by:**
David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600

Rev: 20170105_bko