UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Honorable | Jacqueline P. Cox |
| Hearing Date | 04/08/2019 |
| Bankruptcy Case No. | 19-01984 |
| Adversary No. | |
| Title of Case | Terry J Mofreh, Sr. |
| Brief Statement of Motion | Order Extending the Automatic Stay |
| Names and Addresses of moving counsel | David H Cutler, Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie IL 60076 |
| Representing | Debtor |

## ORDER

It is hereby ordered that the Debtor's Motion to Extend the Automatic Stay is hereby Granted. The automatic stay shall remain in place for all creditors unless otherwise ordered by this Court.

*/s/ Jacqueline P. Cox*

6/11/99