IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-01984 |
| | ) | |
| Terry J Mofreh, Sr. | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Jacqueline P. Cox |

NOTICE OF MOTION

TO:  Terry J Mofreh, Sr., 8337 Trumbull Ave. Unit 2 Skokie, IL 60076 *via U.S. Mail*

Trustee Tom Vaughn, 55 E. Monroe Street, #3850, Chicago, IL 60603 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

PLEASE TAKE NOTICE that on **May 18, 2020 at 10:00 am** I shall appear before the Honorable Judge Jacqueline P. Cox at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 680, Chicago, Illinois 60604 or any judge presiding and then and there present the **Motion**, a copy of which is attached hereto.  If any party objects to the attached Motion, they must file a Notice of Objection no later than two (2) business days before the presentment date.  If an Objection is timely filed, the Motion will be called and a hearing on the Motion will be held before the Court on the date of presentment.  If a Notice of Objection is not timely filed, the Court may grant the Motion without a hearing before the date of presentment.

By:   /s/ *David H. Cutler*
David H. Cutler

CERTIFICATE OF SERVICE

I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Notice and Motion upon the parties named above on April 27, 2020 before the hour of 7:00 p.m.

By:   /s/ David H. Cutler
David H. Cutler, esq.
Counsel for Debtor(s)
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 19-01984 |
| | ) | |
| Terry J Mofreh, Sr. | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Judge: Jacqueline P. Cox |

MOTION TO MODIFY PLAN POST CONFIRMATION

NOW COMES the Debtor, Terry J Mofreh, Sr. (hereafter referred to as "the Debtor"), by and through his attorneys, The Law Offices of Cutler & Associates, Ltd., to present this Motion and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on January 24, 2019 and his Plan was confirmed on April 8, 2019.

3. The Debtor's confirmation Order provides for a plan payment of $168 for 36 months with unsecured creditors receiving 10% of their unsecured claims.

4. The Debtor has fallen behind on his plan payments and a default has accrued. As of the date of this motion the current default is $672.

5. The Debtor had been ill in January 2020 and he incurred out of pocket medical expenses causing him to fall behind on his plan payments.

6. The Debtor is looking to modify his plan to defer the current trustee's default to the end of the plan as there is room in his plan to defer, that he is able to make the plan payments going forward but he is unable to catch up on the full default amount.

7. The Debtor seeks to modify the plan to defer the current trustee's default to the end of the plan.

WHEREFORE, the Debtor respectfully requests that this Court modify the Debtor's Plan Post Confirmation to defer the current default until the end of the plan; and for such further relief that this Court may deem just and proper.

Dated:  April 27, 2020                                                          Respectfully Submitted,

By:    /s/ David H. Cutler
       David H. Cutler, esq.,
       Counsel for Debtor(s):
       Cutler & Associates, Ltd.
       4131 Main St.
       Skokie, IL 60076
       Phone: (847) 673-8600